ORIGINAL

DOCKET No. 19CR704 (LAP)  DEFENDANT: Brandon Becker

AUSA David Lewis  DEF.'S COUNSEL Victor Sherman
☒ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA

☐ _____ INTERPRETER NEEDED  ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.  DATE OF ARREST _____  ☐ VOL. SURR.
TIME OF ARREST _____  ☐ ON WRIT
☐ Other: _____  TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $750,000.00 PRB
☐ _1_ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ Central District of ~~Colorado~~ California + points in between for court app.
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☒ REGULAR PRETRIAL SUPERVISION  ☐ STRICT PRETRIAL SUPERVISION
☒ DRUG TESTING/TREATMENT  ☐ MENTAL HEALTH EVALUATION/TREATMENT  Location monitoring
☐ HOME INCARCERATION  ☒ HOME DETENTION  ☐ CURFEW  ☒ ELECTRONIC MONITORING
☒ OTHER CONDITIONS Maintain or actively seek employment, employment to be approved by Pretrial Services. No contact w/any victims or witnesses, co-defendants unless in the presence of counsel.

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _1 WEEK_
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY  ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED  ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED  ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____  ☐ ON DEFENDANT'S CONSENT

DATE: 11/18/19

*Loretta A. Presley*
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE  PINK - U.S. ATTORNEY'S OFFICE  YELLOW - U.S. MARSHAL  GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2