# LAW OFFICES OF VICTOR SHERMAN

A PROFESSIONAL LAW CORPORATION
11400 W. OLYMPIC BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (310) 399-3259
FAX (310) 392-9029

February 24, 2020



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-27-20

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Brandon Becker</u>   S1 19Cr.704 (LAP)

Dear Judge Preska:

    The defendant, Brandon Becker respectfully submits this letter, to request that the Court adjourn the Pretrial Conference, currently scheduled for March 31, 2020, and exclude time pursuant to the Speedy Trial Act.

    The initial indictment in this case was returned on October 1, 2019. The Court previously scheduled the arraignment and initial pretrial conference for October 17, and then, at the request of the parties, rescheduled it to October 24, 2019, October 31, 2019 and finally November 18, 2019. The requested continuances were to permit the defendant to hire private counsel. Counsel appeared on November 18, 2019, defendant pled not guilty and the matter was set for a further Pretrial Conference for March 31, 2020. The Government completed its initial discovery production on December 30, 2019.

    Counsel is presently scheduled for knee surgery on March 26, 2020. The recovery period is expected to last four to six weeks. In addition, the defendant's codefendant, Steven Breier, is challenging extradition and is still in Germany. He is not expected to be present in Court in the United States by March 31, 2020.

February 24, 2020
Page Two

① Based upon these facts, the defendant now <u>requests an adjournment of the March 31, 2020 date to May 14, 2020 at 9:00a.m.</u> Counsel has contacted the Government who agrees with this request and with Chambers that said that date and time is available.

② Based upon these facts, the <u>parties respectfully request that time be excluded through May 14, 2020</u>. The parties respectfully submit that such time is properly excludable pursuant to 18 U.S.C. § 3161(h)(7). We respectfully submit that such an exclusion of time would best serve the ends of justice and outweigh the best interest of the public and the defendants in a speedy trial, and so warrant an exclusion.

Yours very truly,

*/s/ Victor Sherman*

VICTOR SHERMAN

SO ORDERED.

*/s/ Loretta A. Preska*
2/27/20

VS/ep