# LAW OFFICES OF VICTOR SHERMAN

A PROFESSIONAL LAW CORPORATION
11400 W. OLYMPIC BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (424) 371-5930
FAX (310) 392-9029

August 27, 2020

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Counsel's request for an extension until September 4, 2020, to file his discovery motion is granted. The Government shall respond no later than October 2, 2020. In addition, time will be excluded through September 3, 2020. SO ORDERED.
>
> *Loretta A. Preska*   8/28/2020

Re:   <u>United States v. Brandon Becker</u>   S1 19Cr.704 (LAP)

Dear Judge Preska:

On behalf of defendant, Brandon Becker, I write to submit a modified motion schedule and speedy trial exclusion.

On April 30, 2020 the parties jointly proposed a motion schedule whereby defendant Becker would file any motions by August 31, 2020 and any government response would be due September 28, 2020. Counsel needs an additional four days, until September 4, 2020 to file his discovery motion as the motion is quite complex and lengthy. The Government does not oppose the request but seeks until October 2, 2020 to file its response. Once defendant receives a response to his discovery motion he may ask leave of Court to file additional motions based upon the information contained therein.

For these reasons, the parties jointly request that time be excluded through September 3, 2020. Such time is properly excludable pursuant to 18 U.S.C. § 3161(h)(7), because such an exclusion of time would best serve the ends of justice and outweigh the best interest of the public and the defendants in a speedy trial.

For the Court's information, co-defendant Stephen Breir was arrested in Germany last November and the Government is seeking his extradition - a process that is being significantly slowed by the current international COVID-19 shutdown.

Yours very truly,

VICTOR SHERMAN

cc: David R Lewis & Vladislav Vainberg (by ECF)
    Assistant United States Attorneys