# LAW OFFICES OF VICTOR SHERMAN

A PROFESSIONAL LAW CORPORATION
11400 W. OLYMPIC BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (424) 371-5930
FAX (310) 392-9029

October 7, 2020

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Counsel's request for an extension to October 26 to file papers on a discovery motion (dkt. no. 37) is granted. No further extensions will be granted.  SO ORDERED.
>
> *Loretta A. Preska*   10/8/2020

Re:   United States v. Brandon Becker   S1 19Cr.704 (LAP)

Dear Judge Preska:

     On September 2, 2020, Defendant filed a Motion for Discovery. On October 2, 2020, the Government filed its Opposition, which counsel began reading on Monday, October 5, 2020. Defense counsel is requesting three weeks from October 5, 2020 to file a Response thereto. The Government has no objection to counsel seeking leave to file his Response, but is only agreeing to two weeks, which would be October 16, 2020. However, counsel needs an additional ten days, to and including, October 26, 2020 due to his trial schedule and the complexity of the issues. The additional period requested would also help Counsel clarify for the Court the various issues raised in his initial Memorandum.

     For the Court's information, co-defendant Steven Breier was just arraigned on October 6, 2020. Therefore, Counsel is requesting that the Court permit Mr. Becker to file a Reply to the Government's Opposition and that it will be filed no later than October 26, 2020.

Yours very truly,

VICTOR SHERMAN

cc: David R Lewis & Vladislav Vainberg (by ECF)
    Assistant United States Attorneys