UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>          -against-<br><br>BRANDON BECKER,<br><br>                    Defendant. | 19 Cr. 00704 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Having reviewed Defendant Brandon Becker's CJA 23 financial affidavit as amended by Mr. Becker's revisions to that affidavit during the conference held on December 2, 2020, the Court hereby appoints counsel for Mr. Becker under the Criminal Justice Act.

**SO ORDERED.**

Dated:   New York, New York
           December 2, 2020

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge