

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

January 12, 2021

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Defendant's request for an extension
to January 15, 2021 is granted.  SO
ORDERED.
```
*Loretta A. Preska* 1/13/2021

Re:    *United States v. Brandon Becker*, 19 Cr. 704 (LAP)

Dear Judge Preska:

    This Court previously directed Brandon Becker to file an amended Criminal Justice Act financial affidavit and granted the defense request to extend the time by which to do so until January 13, 2021.  Mr. Becker has been working assiduously on obtaining all responsive financial information from the necessary parties, including financial institutions and accounting professionals, in order to address the Court's order that he disclose: "(1) all of the assets held or controlled by him directly or beneficially, in whatever name they are held; (2) all of his spouse's assets in which he has a marital interest, including any assets that Becker holds or controls in his wife's name; and (3) the assets in the name or controlled by his mother, including those in the name of CGI or other companies." ECF No. 50 at 2 – 3.

    While he has most of the necessary information, there remain certain outstanding matters that he hopes to be able to have the materials to address shortly. To provide him the time to do so, we respectfully request that this Court <u>extend the time by which an amended CJA financial affidavit must be filed from January 13, 2021 to January 15, 2021</u>.  This is the second such request and the government does not object to it.

                               Respectfully,

                               <u>/s/ Megan W. Benett</u>
                               Megan W. Benett

cc:  All Counsel of Record by ECF

New York        Boston        Los Angeles