

KREINDLER & KREINDLER LLP | 750 Third Avenue | New York, NY 10017-2725
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

January 17, 2021

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> In light of Mr. Becker's decision to retain counsel, the Government's motion seeking an amended CJA financial affidavit (dkt. no. 50) is hereby terminated. SO ORDERED.
>
> *Loretta A. Preska*  1/19/2021

Re:   *United States v. Brandon Becker*, 19 Cr. 704 (LAP)

Dear Judge Preska:

    This Court ordered Brandon Becker to provide an updated financial affidavit to aid in determining whether he qualified for appointed counsel under the Criminal Justice Act. Upon review of all circumstances here, Mr. Becker has opted to retain new counsel to represent him in connection with the instant action. New counsel will shortly be filing a notice of appearance in this case and all discovery will promptly be forwarded to that attorney. This should not impede progress in the case, as discovery from original counsel was only received in the past week. I will coordinate the transfer of the discovery recently received from original counsel to new counsel, as well as all information that I have about discovery, motions and other issues surrounding the prosecution, as soon as the notice of appearance is filed. I previously advised the government about this most recent development.

    In light of this change, the defense respectfully requests that the Court terminate the government's motion for an amended financial affidavit pending at ECF No. 50.

    Respectfully,

    /s/ Megan W. Benett
    Megan W. Benett

cc:   All Counsel of Record by ECF

New York    Boston    Los Angeles