UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>     -against-<br><br>BRANDON BECKER,<br><br>                Defendant. | 19 Cr. 00704 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' status letter dated January 22, 2021 (dkt. no. 64.)  The Government and Mr. Becker shall appear for a telephonic conference on February 2, 2021 at 1:00 p.m. EST.  The dial-in information for that conference is: (877) 402-9753, access code: 6545179.

    Time through February 2, 2021 shall be excluded from calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), to best serve the ends of justice.

**SO ORDERED.**

Dated:    New York, New York
            January 22, 2021

                                          _/s/ Loretta A. Preska_____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge