UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

-against-

BRANDON BECKER, ET AL.,

           Defendants.

No. 19 CR 704 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The trial currently scheduled to begin on Monday November 14, 2022, is adjourned by one day to Tuesday November 15, 2022.

**SO ORDERED.**

Dated:    August 26, 2022
           New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge