

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2023

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Unite States Courthouse
500 Pearl Street
New York, New York 10007

Re: ***United States v. Becker***, S3 19 Cr. 704 (LAP)

Dear Judge Preska:

The Government writes respectfully in response to the letter filed yesterday by defense counsel in the above-referenced case, asking that trial in this case be adjourned from May 15, 2023 to December 4, 2023.

The Government appreciates the need for counsel to familiarize themselves with the discovery and appropriately prepare for trial. Indeed, the Government has been doing what we can to help counsel become familiar more quickly with the discovery. Given that this case arises from a criminal scheme commencing approximately eleven years ago and that the case was indicted more than three years ago, the Government seeks the earliest possible trial date. In light of defense counsel's commitments for other trials, the Government is prepared to proceed to trial on December 4, 2023, or on any earlier date directed by the Court, should defense counsel's other trial commitments change.

In addition, with defendant's consent, we respectfully request, in light of defendant's request for an adjournment, that that time be excluded between May 15, 2023 and the date set for trial. We submit that such time is properly excludable pursuant to 18 U.S.C. § 3161(h)(7), because such an exclusion of time would best serve the ends of justice and outweigh the best interest of the public and the defendants in a speedy trial.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: _____
DAVID RAYMOND LEWIS
VLADISLAV VAINBERG
SARAH Y. LAI
Assistant United States Attorneys
(212) 637-2397 / 1029 / 1944

cc: Counsel of Record (by ECF)