# RICHARD J. MA, ESQ.

20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail:  richardma@maparklaw.com

January 23, 2023

<u>*Via ECF and E-Mail*</u>

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States v. Brandon Becker*
     19 Cr. 704 (LAP)

Dear Judge Preska:

  As Your Honor is aware, I am counsel to Mr. Brandon Becker in the above-referenced matter, appointed on November 9, 2022, pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  As per the Court's direction, this correspondence is submitted to update the Court on our progress.  In light of the considerations outlined below, we request an adjournment of the trial date (currently scheduled on May 15, 2023) to December 4, 2023.

  The defense requests an adjournment of the trial date due to the voluminous discovery materials in this matter that still need to be accessed, organized and duplicated, before we can begin to review and prepare for trial, which we also anticipate will require substantial time.  As the Court is aware, Julie de Almeida, Esq., was appointed Coordinating Discovery Attorney in this matter to assist the defense in organizing the discovery materials so that they can be efficiently accessed and reviewed.  In her Declaration (Declaration of Julie de Almeida, submitted herewith as Exhibit A), Ms. de Almeida details the discovery-related challenges.  The government produced a hard drive containing a massive amount of discovery materials, well over the equivalent of 105 bankers boxes of documents.  (*See* Exhibit A at ¶¶ 7-9).  Additionally, there are other hard drives obtained from prior counsel which contain other materials and information which the defense must review.  (*See* Exhibit A at ¶ 14).  The great volume of discovery is particularly challeng-

ing to organize and make accessible because there are many different forms of materials (documents, emails, audio and video files); produced from numerous sources in a variety of file types and formats; with some materials encrypted or otherwise difficult to access. These technical difficulties have made Ms. de Almeida's task a complicated, difficult undertaking; her offices have been working on this matter since mid-December, 2022, and require an additional three weeks to complete.  (*See* Exhibit A at ¶ 16).

We respectfully request that trial be adjourned to December 4, 2023.  We require this time to receive and review the voluminous discovery materials, conduct investigation, continue to meet with our client and prepare for trial.  Notably, we have two trial commitments among the defense team that impact our request for time.  I will be commencing trial on September 18, 2023, in the matter of *United States of America v. Mauricio Hernandez-Pineda*, 15 Cr. 379 (PKC); and my co-counsel, Attorneys Anthony Cecutti and Kestine Thiele, are scheduled to commence trial on October 10, 2023, in the matter of *United States of America v. Cory Martin*, 20 Cr. 549 (AMD), in the Eastern District of New York (which will take an estimated three weeks to complete).

We have discussed our request for a trial adjournment with the government and were advised that the government intends to submit a response.

Thank you.  Should the Court have any questions or concerns, or should any further information be required, kindly contact the undersigned.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.
Counsel to Brandon Becker

Enclosure
cc via e-mail:  A.U.S.A. David Lewis
Anthony Cecutti
Kestine Thiele
Brandon Becker

```
The trial date is adjourned.  The parties
shall appear for trial on December 4, 2023
in Courtroom 12A.  Defense counsel shall
inform the Court if their other trial
commitments change.  The Court finds that
the time between May 15, 2023, and December
4, 2023, is excluded from calculation under
the Speedy Trial Act.  Because of the
Defendant's stated need for more time to
prepare for trial, the exclusion is in the
interest of justice.

SO ORDERED.
```

*Loretta A. Preska*
1/24/2023