

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2023

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Unite States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Becker*, S3 19 Cr. 704 (LAP)

Dear Judge Preska:

By order dated January 24, 2023, the Court set trial in this case for December 4, 2023. Based upon scheduling orders entered by the Court with respect to earlier trial dates, and the Government's agreement with the defense regarding an early production of 3500 materials, the parties respectfully submit the following jointly proposed schedule:

10/13/23:   Due date for motions *in limine*, including motions under Rule 404(b).

10/27/23:   Responses due to motions *in limine*.

11/3/23:    Replies due, if any, to motions *in limine*.

11/3/23:    Production of 3500 material.

11/17/23:   Government provides proposed Requests to Charge to defense.

11/20/23:   Begin rolling production of trial exhibits.

11/24/23:   Submission to Court of Proposed Voir Dire and Proposed Requests to Charge.

11/27/23:   Complete production of trial exhibits.

```
The above scheduled is
approved.

SO ORDERED.

      Loretta A. Preska
          9/22/2023
```

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: _____
DAVID RAYMOND LEWIS
VLADISLAV VAINBERG
SARAH Y. LAI
Assistant United States Attorneys
(212) 637-2397 / 1029 / 1944

cc: Counsel of Record (by ECF)