**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
-against-                       :
:
:
BRANDON BECKER                      :         **ORDER**
:
:         19 CR 704 (LAP)
:         Docket #
------------------------------------x

Loretta A. Preska    ,  **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

Louis Fasulo                   is hereby ordered to assume

representation of the defendant for his Bail Review

Hearing, in the above captioned

matter, NUNC-PRO-TUNC October 30, 2023.


                                    **SO ORDERED**.

                                    _____
                                    **UNITED STATES DISTRICT JUDGE**


**Dated:  November 1, 2023**

       **New York, New York**