

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2023

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Unite States Courthouse
500 Pearl Street
New York, New York 10007

```
The below schedule is approved.  SO ORDERED.
Date:  12/07/2023

         Loretta A. Preska
         _____
         Loretta A. Preska
         Senior United States District Judge
```

Re: *United States v. Becker*, **S3 19 Cr. 704 (LAP)**

Dear Judge Preska:

      On November 6, 2023, the Court set trial in this case for September 30, 2024. Based upon scheduling orders entered by the Court with respect to earlier trial dates, and the Government's agreement with the defense regarding an early production of 3500 materials, the parties respectfully submit the following jointly proposed schedule:

8/14/24:    Due date for any **additional** motions *in limine*, including motions under Rule 404(b).[1]

8/23/24:    Due date for any additional responses to motions *in limine*.

8/30/24:    Due date for any additional replies to motions *in limine*.

8/30/24:    Begin rolling production of 3500 material.

9/13/24:    Government provides proposed Requests to Charge to defense.

9/16/24:    Begin rolling production of trial exhibits.

9/20/24:    Submission to Court of Proposed Voir Dire and Proposed Requests to Charge.

9/23/24:    Complete production of identified 3500 and trial exhibits.

                                                    Respectfully,

                                                    DAMIAN WILLIAMS
                                                    United States Attorney

                By:  _____
                         DAVID RAYMOND LEWIS
                         VLADISLAV VAINBERG
                         SARAH Y. LAI
                         Assistant United States Attorneys
                         (212) 637-2397 / 1029 / 1944

cc: Louis V. Fasulo, Esq. (by ECF)

---

[1] Unless otherwise directed by the Court, the Government does not plan to re-submit motions previously submitted. As the Court is aware, the Government filed seven motions *in limine* on October 14, 2023, and three supplemental such motions on November 3, 2023. The first seven motions have been fully briefed by the parties and so are fully submitted. The three supplemental motions have not yet been responded to by the defense.