

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

January 3, 2024

Hon. Loretta A. Preska
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   United States v. Brandon Becker**
       **Case No.: 2019 Cr. 704 (LAP)**

Dear Judge Preska,

I was assigned to represent Brandon Becker in the above referenced matter, which is currently scheduled for a status conference on January 11. For the reasons stated herein, I respectfully request Mr. Becker be permitted to appear via teleconference at his next court date.

Mr. Becker resides in California. He has been fully compliant while out on bail. His appearance via teleconference would avoid the unnecessary expenditure of CJA resources and prevent additional financial hardship upon Mr. Becker. Furthermore, as a trial date has already been scheduled for late September of this year and Mr. Becker still wishes to proceed to trial, the upcoming court date is solely a conference. As a result, I respectfully request the Court waive Mr. Becker's in-person appearance and permit him to appear before this court on January 11 via teleconference.

I thank the Court for its consideration.

```
Mr. Becker's request to appear remotely
for the January 11 status conference is
approved.  SO ORDERED.

Date:   01/03/2024

/s/ Loretta A. Preska
Loretta A. Preska
Senior United States District Judge
```

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213
Email: LFasulo@FGDMLaw.com

---

225 Broadway, Suite 715           505 Eighth Avenue, Suite 300
New York, New York 10007          New York, New York 10018           Page 1 of 1
Tel (212) 566   6213              Tel (212) 967-0352
Fax (212) 566   8165              Fax (201) 596-2724