

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2024

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Unite States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Becker*, S3 19 Cr. 704 (LAP)

Dear Judge Preska:

The Court has scheduled a video conference in the above-referenced case for tomorrow, January 11, 2024 at 12:00 noon. However, as we have discussed with your Chambers, the parties no longer believe that such a conference is necessary. Accordingly, the Government and the defense would both be agreeable to cancelling the video conference, if that is agreeable to the Court.

As the Court is aware, trial in this case is set for September 30, 2024, and the Court has already entered an order scheduling motions *in limine*, requests to charge, production of 3500 material and trial exhibits, and other pretrial matters. (Dkt No. 197.) The Court has also already excluded time under the Speedy Trial Act until September 30, 2024 (Transcript, Nov. 6, 2023 (Dkt No. 190) at 62).

Since the last conference, the defense has provided certain text messages to the Government, as directed, and the Government has continued to provide relevant discovery materials to new counsel. Should the need arise for any further pretrial conference, the parties will contact the Court.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: _____
DAVID RAYMOND LEWIS
VLADISLAV VAINBERG
Assistant United States Attorneys
(212) 637-2397 / 1029

cc: Louis V. Fasulo, Esq. (by ECF)