

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2024

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Unite States Courthouse
500 Pearl Street
New York, New York 10007

      Re: ***United States v. Becker***, S3 19 Cr. 704 (LAP)

Dear Judge Preska:

  I write respectfully to advise the Court that I am leaving the United States Attorney's Office on January 31, 2024. Accordingly, the Government respectfully requests that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

  By: _____
        David Raymond Lewis
        Assistant United States Attorney
        (212) 637-2397

cc:  Counsel of Record (by ECF)