UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>-against-<br><br>Brandon Becker,<br><br>                Defendant. | No. 19 CR 704 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Brandon Becker's motion to modify the conditions of his pretrial release. (Dkt. no. 207.) Pursuant to Local Criminal Rule 49.1, the Government's opposition filing deadline was May 3, 2024. Accordingly, the Government shall inform the Court no later than May 10, 2024 whether it intends to oppose Mr. Becker's motion. Otherwise, the Court will treat the motion as unopposed and schedule a conference.

**SO ORDERED.**

Dated:    May 7, 2024
             New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge