UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>-against-<br><br>Brandon Becker,<br><br>                    Defendant. | No. 19 CR 704 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' moving and opposition papers regarding Defendant Brandon Becker's motion to modify the conditions of his pretrial release.  (Dkt. nos. 207, 209.)  The parties shall appear virtually for a conference on the above matter on June 12, 2024 at 10:00 a.m.

**SO ORDERED.**

Dated:    May 22, 2024
            New York, New York

                                              _____
                                              LORETTA A. PRESKA
                                              Senior United States District Judge