UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, | |
|---|---|
| -against- | No. 19 CR 704 (LAP) |
| Brandon Becker, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of the parties' letters regarding the conditions of Mr. Becker's pretrial release.  (Dkt. nos. 217-18.)  The parties shall appear virtually on July 8, 2024 at 11:00 a.m. for a conference in the above matter.  Defense counsel shall provide the meeting link to Mr. Becker.

   Additionally, representatives from Pretrial Services in the Southern District of New York and the Central District of California are required to attend this conference.

   The Clerk of the Court shall close the open letter-motion at docket entry 217.

**SO ORDERED.**

Dated:   June 24, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge