













Begin forwarded message:

**From:** Pierre Nguyen <pierren@theghg.com>
**Date:** February 2, 2023 at 6:06:24 PM EST
**To:** brandon007@me.com
**Subject: Confirmation Letter - Reservation 5105670**

Dear Mr. Becker - Please find your confirmation letter attached. Should you need any further assistance, feel free to reach out at any time.

BEST,

PIERRE NGUYEN
GUEST EXPERIENCE MANAGER
GANSEVOORT HOTEL GROUP

18 NINTH AVENUE, NEW YORK, NY 10014
T: 212.206.6700 F: 646.253.2248
PIERREN@THEGHG.COM | WWW.THEGHG.COM

RESERVATIONS: 877.426.7386
GANSEVOORTHOTELGROUP.COM



"Allow us to re-introduce ourselves"
RATED #5 BEST NYC HOTEL BY CONDÉ NAST TRAVELER 2022   - OG (Original Gansevoort)

11:18

‹ Sent

**Brandon Becker**  2/2/23
To: shalimar_hooks@cacp.uscourt...

# Fwd: Confirmation Letter - Reservation 5105670

Hi Officer,

Here is the paid reservation for the stay tonight. Booking the flight next and will forward following.

Best

Brandon Becker

Begin forwarded message:

**From:** Pierre Nguyen <pierren@theghg.com>
**Date:** February 2, 2023 at 6:06:24 PM EST
**To:** brandon007@me.com
**Subject: Confirmation Letter - Reservation 5105670**

Dear Mr. Becker - Please find your confirmation letter attached. Should you need any further



