Gmail

Michael Giordano <mgiordano@fgdmlaw.com>

---

## Fwd: Bringing you on board
1 message

---

**Brandon Becker** <brandon007@mac.com>  Wed, Jul 3, 2024 at 1:37 PM
To: Michael Giordano <mgiordano@fgdmlaw.com>

Latest

> Begin forwarded message:
>
> **From:** Penn Arthur <pca@immersicom.com>
> **Subject: Bringing you on board**
> **Date:** July 3, 2024 at 9:23:59 AM PDT
> **To:** Brandon Becker <brandon@immersicom.com>
>
> Hi Brandon,
>
> I wanted to check back in with you as we are patiently waiting to bring you on board and want to understand where you are at with your situation. The busy trade show season is rapidly approaching and we are looking forward to you helping us with our business development efforts. Per our conversations we require you to travel, attend shows and meetings as a major part of your job description. We are concerned about your current situation and the monitoring device that you are wearing as we do not want that to affect or draw attention that could negatively impact a potential client's perception of our company.
>
> Many of the tradeshows and meeting locations have security systems in place including metal detectors. Here are just a few examples of many different tradeshows and customer sites where metal detectors or other security systems are in place. Examples include tradeshows in Las Vegas and others which I recently attended, Con Expo, NAHB, SOF Week in Tampa, various air shows as well as many of our defense and government customer sites, Boeing in Seal Beach, Lockheed Martin in Orlando, DC and Texas, IBM in NY. Also several relationships that you brought from the lobbying firm in DC such as Congressman Bergman's office on Capital Hill. Having to go through metal detectors and having them alarm could draw unnecessary attention and raise questions that could harm our ability to win business.
>
> Please let me know what the latest status is and if you believe that you may be able to move forward without the physical monitoring device attached to your person. I am not sure that we will be able to hire you if you are required to continue wearing the device for the reasons stated above.
>
> Best Regards,
>
> **PENN ARTHUR | CEO**
> 
> www.immersicom.com
> 310.801.7548