

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2024

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Unite States Courthouse
500 Pearl Street
New York, New York 10007

Re: ***United States v. Becker*, S3 19 Cr. 704 (LAP)**

Dear Judge Preska:

      Pursuant to the Court's Orders dated June 12, 2024 and July 8, 2024, the Government writes jointly with the defense to submit a proposed order for the Court's endorsement, below, memorializing defendant Brandon Becker's bail modifications.

      The defendant's bail conditions are modified to remove home confinement, and impose GPS electronic location monitoring. Defendant shall have a curfew from the hours of 11:00 PM to 7:00 AM and may leave his home from the hours of 7:00 AM to to 11:00 PM. Defendant may travel for business within the United States with advance notice and approval from the Pretrial Service Office. Personal travel is limited to the Central District of California, the Eastern District of New York, and the Southern District of New York. Defendant is permitted to travel from the Central District of California to the Southern District of New York, and all points in between for court appearances. All other bail conditions shall remain unchanged.

Respectfully,

```
The conditions of Mr. Becker's
pretrial release are modified as set
out above.  SO ORDERED.
```

DAMIAN WILLIAMS
United States Attorney

```
Date:  07/10/24
```

By:_/s/_____
    VLADISLAV VAINBERG

```
_____
   LORETTA A. PRESKA, U.S.D.J.
```

    Assistant United States Attorney
    (212) 637-1029

cc: All parties (by ECF)
    Pretrial Services Office
    Southern District of New York, attn. Jonathan Lettieri (via e-mail)
    Central District of Califonira, attn. Joslyn Harris (via e-mail)