

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2024

**VIA ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Brandon Becker**, S3 19 Cr. 704 (LAP)

Dear Judge Preska:

    On August 30, 2024, Brandon Becker, the defendant in the above-captioned case, changed his plea to guilty in front of United States Magistrate Judge Stewart D. Aaron. The Government writes to provide the Court with the transcript of that proceeding and a proposed order accepting the defendant's guilty plea for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Vladislav Vainberg
    Timothy V. Capozzi
    Assistant United States Attorneys
    (212) 637-1029/2404

cc: Christopher Clore, Esq. (Via ECF)
    Phillip Jobe, Esq. (Via ECF)
    Louis Fasulo, Esq. (Via ECF)
    Bobbi Sternheim, Esq. (Via ECF)
    Michael Giordano, Esq. (Via ECF)