UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
UNITED STATES OF AMERICA :
:
- v. - :
: S3 19 Cr. 704 (LAP)
BRANDON BECKER, :
:
Defendant. :
:
------------------------------ x

### ORDER ACCEPTING THE PLEA ALLOCUTION
### BEFORE A UNITED STATES MAGISTRATE JUDGE

Preska, J.:

    On August 30, 2024, United States Magistrate Judge Stewart D. Aaron presided over the plea allocution in the above captioned matter and reported and recommended that the named defendant's plea of guilty be accepted. The Court, having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges the defendant guilty of the offense to which the guilty plea was offered. The Clerk is directed to enter the plea.

Dated:     New York, New York
          Sept. 5, 2024

                                            _____
                                            HONORABLE LORETTA A. PRESKA
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK