UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>BRANDON BECKER,<br><br>Defendant. | Case No. 19 Cr. 704 (LAP)<br><br>ORDER |

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the motion to withdraw Quinn Emanuel Urquhart & Sullivan, LLP as counsel of record for Defendant Brandon Becker in the above-captioned action is GRANTED. Christopher Clore and Phillip B. Jobe were counsel of record in this action, and the Clerk of the Court is ordered to terminate them from the docket and ECF noticing of this matter. The Clerk of the Court is also directed to close the open motion at ECF 250.

Dated: 10/16/24

_Loretta A. Preska_
Honorable Loretta A. Preska
United States District Judge for the
Southern District of New York