

kaplanmarino.com

May 16, 2025

**Via ECF**

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>*United States v. Brandon Becker,* S3 19 CR 704 (LAP)</u>

Dear Judge Preska:

      Mr. Becker, by and through his undersigned counsel, respectfully requests an additional 45 days in which to surrender to Bureau of Prisons custody. His current surrender date is May 30, 2025. We are requesting a new date of July 15, 2025.

      The reason for the request is due to an unexpected family emergency. Counsel has confirmed that Mrs. Becker's 83-year-old mother, Mara Gorodezky, who is 90% disabled and lives in Berlin, was diagnosed in January with cancer. Her caregiver, who has been taking her to her medical appointments to address the cancer, is a refugee from Ukraine and plans to return on June 1 for one month due to her home being damaged by Russian bombing. Mrs. Gorodezky has been informed that she would not be able to find a replacement caregiver until August. Mrs. Becker will need to travel to Berlin to assist her mother in the absence of her caregiver with her daily care and medical appointments.

      Accordingly, Mr. Becker is requesting a continuance of the surrender date so that he can take care of Liam while Mrs. Becker takes care of her mother in Berlin.

      Based on the representations described herein, the Government does not object to a single extension to July 15, 2025.

      Respectfully Submitted,

By: */s/ Nina Marino*
     NINA MARINO
     Attorney for Defendant
     BRANDON BECKER

1546 N. Fairfax Avenue
Los Angeles, CA 90046

T 310.557.0007
F 310.861.1776

Hon. Loretta A. Preska
May 16, 2025
Page 2



cc (by ECF): Vladislav Vainberg, AUSA
Timothy V. Capozzi, AUSA
Jeffrey Coyle, AUSA
Jemmard N. Thomas, USPO Specialist

> The request is granted.  Defendant shall surrender by July 15, 2025.  The Clerk of the Court shall close dkt. no. 299.  **SO ORDERED.**
>
> *Loretta A. Presska*
> _____
> Loretta A. Preska
> United States District Judge
>
> May 21, 2025
> New York, New York