UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S3 19 CR 704 (LAP) |
| Plaintiff, | ORDER RE: RETURN OF PASSPORT |
| v. | |
| BRANDON BECKER, | |
| Defendant. | |

**ORDER RE: RETURN OF PASSPORT**

Upon finding good cause, it is hereby ORDERED:

That Pretrial Services return defendant BRANDON BECKER's passport to his counsel, NINA MARINO, Kaplan Marino, 1546 N. Fairfax Avenue, Los Angeles, CA 90046.

The Clerk of the Court shall close dkt. no. 307.

IT IS SO ORDERED.
Dated:__September 16, 2025_____

*Loretta A. Preska*
Honorable Loretta A. Preska
United States District Judge for the
Southern District of New York